IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| | ) | |
| | ) | No. 06-830C |
| Plaintiff, | ) | (Judge Williams) |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAWN S. CONRAD as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone (202)616-2279
Facsimile (202)305-7643

Dated: December 20, 2006

CERTIFICATE OF FILING

I hereby certify that on December 20, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad
Dawn S. Conrad