IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HASKELL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-830C<br>(Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including March 7, 2007, to file a response to the complaint. Our response is currently due on February 5, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, The Haskell Company, does not oppose an enlargement.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Bureau of Prisons ("BOP"), as required by 28 U.S.C. § 520. Upon receipt of the complaint, defendant's counsel promptly sent a copy to the BOP with a request for a litigation report pursuant to 28 U.S.C. § 520. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel of record to review the litigation report and prepare the Government's response to the complaint.

Additionally, the enlargement is requested because of counsel of record's current workload, which includes preparing a motion for summary judgment in M. Maropakis Carpentry, Inc. v. United States, No. 03-2825C, due on February 6, 2007. The additional time will permit

counsel of record to draft a response to the complaint and obtain the necessary internal review.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including March 7, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
January 30, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad