# In the United States Court of Federal Claims

**No. 06-830C**
**(Filed January 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE HASKELL COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

On January 30, 2007, Defendant filed an unopposed motion for an enlargement of time, to and including **March 7, 2007**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**