**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an eight-day enlargement of time, to and including May 9, 2007, to file the joint preliminary status report ("JPSR") in this matter. Our JPSR is currently due on May 1, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, The Haskell Company, does not oppose an enlargement.

This enlargement is necessary because defendant's counsel of record will be out of the country on vacation from April 27, 2007 to May 6, 2007. The parties have conferred about the information to be included in the JPSR, but have not yet had a chance to complete the drafting of the JPSR. The additional time will allow the parties to finalize the JPSR and the Government to obtain the necessary internal review.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of eight days, to and including May 9, 2007, within which to file the JPSR in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
April 27, 2007

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad