# In the United States Court of Federal Claims

**No. 06-830C**
**(Filed: April 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**THE HASKELL COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On April 27, 2007, Defendant filed an unopposed motion for an enlargement of time of eight days, to and including May 9, 2007, within which to file the joint preliminary status report. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**