**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a seven-day enlargement of time, to and including May 16, 2007, to file the joint preliminary status report ("JPSR") in this matter. Our JPSR is currently due on May 9, 2007. This is defendant's second request for an enlargement of time for this purpose. Defendant's counsel has been informed that plaintiff's counsel does not object to this motion.

This enlargement is necessary because plaintiff's counsel is at trial this week. Defendant's counsel returned from vacation on May 7, 2007 and attempted to contact plaintiff's counsel to finalize the JPSR. Defendant's counsel was informed that plaintiff's counsel is at trial this week. The parties have conferred about the information to be included in the JPSR, but have not yet had a chance to complete the drafting of the JPSR. The additional time will allow the parties to finalize the JPSR and the Government to obtain the necessary internal review.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of seven days, to and including May 16, 2007, within which to file the JPSR in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
by Brian M. Simkin
FRANKLIN E. WHITE, JR.
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
May 9, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad