# In the United States Court of Federal Claims

**No. 06-830C**
**(Filed: May 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * 
**THE HASKELL COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * 

---

**ORDER SCHEDULING PRELIMINARY STATUS CONFERENCE**

---

Pursuant to the agreement of the parties, a preliminary status conference has been scheduled for **June 27, 2007, at 11:00 a.m. E.T.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**