**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND DISCOVERY SCHEDULE

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court amend the June 28, 2007 scheduling order in this matter as described below.

Pursuant to the scheduling order, the deadline for expert identifications is September 14, 2007. Because of a death in the family of agency counsel, defendant's counsel has not been able to confer with agency counsel concerning the selection of an expert witness. We respectfully request a 31-day extension of the deadline, until October 15, 2007, to disclose expert witnesses. Additionally, the current deadline to disclose expert reports is November 2, 2007. Because of the extension to disclose expert witnesses, we will require additional time to have our expert prepare his or her report. We respectfully request a 14-day extension of time, until November 16, 2007, to disclose expert reports. All other deadlines in the Court's June 28, 2007 scheduling order would remain the same. This is defendant's first request to amend the discovery schedule. Defendant's counsel has conferred with plaintiff's counsel, who represents that plaintiff does not oppose this motion.

Defendant respectfully requests that the Court modify its June 28, 2007 scheduling order as follows:

1. The deadline for disclosure of expert witnesses shall be on or before October 15, 2007.

2. The deadline for disclosure of expert reports shall be on or before November 16, 2007.

3. All other deadlines contained in the Court's June 28, 2007 are not amended.

For these reasons, we respectfully request that the Court modify its June 28, 2007 scheduling order as described in this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

September 12, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad