# In the United States Court of Federal Claims

**No. 06-830C**
**(Filed: September 14, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE HASKELL COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER AMENDING SCHEDULE

On September 12, 2007, Defendant filed, pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, a motion to amend the discovery schedule, set forth in the Court's June 28, 2007 Order. Absent objection, the Court GRANTS Defendant's motion. In accordance with the agreed-upon amendments, the Court schedules the following:

**Expert Discovery**. The deadline for expert identifications shall be **October 15, 2007.** The deadline for disclosure of expert reports shall be **November 16, 2007**.

All other deadlines contained in the June 28, 2007 Order remain the same.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**