**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND DISCOVERY SCHEDULE

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court amend the June 28, 2007 and September 14, 2007 scheduling orders in this matter as described below. This is defendant's second request to amend the discovery schedule. Defendant's counsel has conferred with plaintiff's counsel, who represents that plaintiff does not oppose this motion.

This motion is necessary because the parties need additional time to complete written discovery before expert reports can be prepared and submitted. Defendant served its first set of interrogatories and requests for production of documents on plaintiff on September 14, 2007, to which plaintiff has not yet responded. Plaintiff has requested additional time to respond, to which defendant has consented. Defendant is also awaiting plaintiff's initial disclosures pursuant to RCFC 26(a)(1), which were due on June 8, 2007, and the identification of plaintiff's expert witness(es), which was due on October 15, 2007. Plaintiff has requested additional time for its initial disclosures and expert identifications, to which defendant has consented. However, because of these requests for additional time, the current discovery schedule is no longer possible.

Accordingly, defendant respectfully requests that the Court modify its June 28, 2007 and

September 14, 2007 scheduling orders as follows:

1. The deadline for disclosure of expert reports shall be on or before January 18, 2008.

2. The deadline for disclosure of rebuttal reports shall be on or before February 15, 2008.

3. The deadline for the conclusion of discovery shall be March 21, 2008.

4. The deadline for the submission of dispositive motions and the completion of Alternative Dispute Resolution ("ADR") shall be April 11, 2008.

5. All other deadlines contained in the Court's June 28, 2007 scheduling order are not amended.

Additionally, the parties have tentatively scheduled an ADR proceeding before Judge David W. James, Jr. of the Armed Services Board of Contract Appeals ("ASBCA") for March 13-14, 2008.

For these reasons, defendant respectfully requests that this Court grant its unopposed motion to amend the discovery schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

November 2, 2007

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad