# In the United States Court of Federal Claims

**No. 06-830C**
**(Filed: November 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE HASKELL COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER AMENDING SCHEDULE**

---

On November 5, 2007, Defendant filed, pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, a motion to amend the discovery schedule, set forth in the Court's June 28, 2007 and September 14, 2007 Orders. Absent objection, the Court GRANTS Defendant's motion. In accordance with the agreed-upon amendments, the Court schedules the following:

**Expert Discovery**. The deadline for disclosure of expert reports shall be **January 18, 2008.** The deadline for disclosure of rebuttal reports shall be **February 15, 2008**.

**Conclusion of Discovery**. The deadline for the conclusion of discovery shall be **March 21, 2008**.

**Dispositive Motions and Conclusion of ADR**. The deadline for the submission of dispositive motions and the conclusion of ADR shall be **April 11, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**