**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

The parties respectfully submit this joint motion for a stay of proceedings for 32 days, up to and including April 21, 2008, in order for the parties to continue settlement negotiations in this matter. On March 13, 2008, the parties engaged in alternative dispute resolution ("ADR") before Judge David W. James, Jr., of the Armed Services Board of Contract Appeals ("ASBCA"). Although no agreement was reached during the ADR session, the parties have continued their settlement negotiations throughout the past week and plaintiff intends to make an official settlement offer in the next few days. After receiving plaintiff's official settlement offer, the Government will require time to consider plaintiff's offer and seek the necessary authorization from the Federal Bureau of Prisons ("FBOP") and the Department of Justice to settle this case.

Pursuant to the Court's November 5, 2007 scheduling order, the deadline for the conclusion of discovery is March 21, 2008. The parties anticipate that, if they are not able to reach a settlement of this matter, they will need to move to extend the discovery period and that the court's scheduling orders of November 5, 2007 and June 28, 2007 will also need to be amended. Counsel for the parties propose that they file a joint status report with the Court on Monday, April 21, 2008, informing the Court of their progress.

For these reasons, the parties request that this Court stay the discovery schedule and all

other deadlines in this matter for 32 days, up to and including April 21, 2008, in order to provide the parties with time to determine whether settlement is feasible.

Respectfully submitted,

s/ Henry P. Wall
HENRY P. WALL, Esq.
BRUNER, POWELL, ROBBINS,
WALL & MULLINS, LLC
1734 St. Julian Place, Suite 200
P.O. Box 61110
Columbia, SC 29260-1110
Tel: (803) 252-7693

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

Attorneys for Defendant

electronically filed,
March 21, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2008, a copy of the foregoing "JOINT MOTION FOR A STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad