# In the United States Court of Federal Claims

**No. 06-830C**
**(Filed: March 21, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE HASKELL COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER IMPOSING STAY

---

On March 21, 2008, the parties filed a joint motion for a stay of proceedings up to and including April 21, 2008, in order to continue settlement negotiations in this case. The parties represent that Plaintiff will shortly make a settlement offer to Defendant. Defendant will require time to consider Plaintiff's offer and to seek authorization from the Federal Bureau of Prisons and the Department of Justice to settle the case.

Good cause having been shown, the joint motion is hereby **GRANTED**. This case is **STAYED** through April 21, 2008. The parties are further **ORDERED** to file a joint status report on April 21, 2008, informing the Court of their progress towards settlement.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**