**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated March 21, 2008, the parties respectfully submit this joint status report. On March 21, 2008, the Court stayed the proceedings of this matter for 32-days to permit the parties to continue settlement negotiations. Defendant received a settlement offer from plaintiff on March 25, 2008. Defendant requires additional time to consider plaintiff's settlement offer and to seek the necessary authorization from the Federal Bureau of Prisons and the Department of Justice to settle this case. An additional 30-day stay of proceedings will give the defendant sufficient time to determine whether plaintiff's settlement offer will be accepted.

Accordingly, the parties respectfully request that the Court continue the stay of proceedings for an additional 30 days, to and including, May 21, 2008, in order to provide the parties with time to determine whether settlement is feasible. Counsel for the parties propose that they file a joint status report with the Court on May 21, 2008, informing the Court of their progress.

Respectfully submitted,

s/ Henry P. Wall
HENRY P. WALL, Esq.
BRUNER, POWELL, ROBBINS,
WALL & MULLINS, LLC
1734 St. Julian Place, Suite 200
P.O. Box 61110
Columbia, SC 29260-1110
Tel: (803) 252-7693

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

Attorneys for Defendant

electronically filed,
April 21, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad