# In the United States Court of Federal Claims

**No. 06-830C**

**(Filed: April 22, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE HASKELL COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On March 21, 2008, the Court stayed proceedings in this action until April 21, 2008, to allow the parties to continue to pursue settlement. On April 21, 2008, the parties filed a joint status report requesting an additional 30-day stay of proceedings to allow the parties to continue settlement negotiations. Good cause having been shown, the parties' request is **GRANTED**.

The parties shall file a joint status report on or before **May 21, 2008,** reporting on the progress of the settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**