**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's order dated April 22, 2008, the parties respectfully submit this joint status report. On March 21, 2008, the Court stayed the proceedings of this matter for 32-days to permit the parties to conduct settlement negotiations. The Court continued the stay of proceedings for 30 days on April 22, 2008 to permit the parties to continue settlement negotiations. Defendant received a settlement offer from plaintiff on March 25, 2008. Defendant still requires additional time to seek the necessary authorization from the Department of Justice to settle this case. An additional 30-day stay of proceedings will give the defendant sufficient time to determine whether plaintiff's settlement offer will be accepted.

Accordingly, the parties respectfully request that the Court continue the stay of proceedings for an additional 30 days, to and including, June 20, 2008, in order to provide the defendant with time to seek the necessary authorization from the appropriate Department of Justice official. Counsel for the parties propose that they file a joint status report with the Court on June 20, 2008, informing the Court of their progress.

Respectfully submitted,

s/ Henry P. Wall
HENRY P. WALL, Esq.
BRUNER, POWELL, ROBBINS,
WALL & MULLINS, LLC
1734 St. Julian Place, Suite 200
P.O. Box 61110
Columbia, SC 29260-1110
Tel: (803) 252-7693

Attorney for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

Attorneys for Defendant

electronically filed,
May 21, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad