# In the United States Court of Federal Claims

**No. 06-830C**

**(Filed: May 22, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE HASKELL COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On April 21, 2008, the Court granted a continuance of the stay of proceedings in this action until May 21, 2008, to allow the parties to pursue settlement negotiations. On May 21, 2008, the parties filed a joint status report requesting an additional 30-day stay of proceedings to allow the Defendant sufficient time to determine whether plaintiff's settlement offer will be accepted. Good cause having been shown, the parties' request is **GRANTED**.

The parties shall file a joint status report on or before **June 20, 2008,** reporting on the progress of the settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**