**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-830C<br>(Judge Williams) |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated May 22, 2008, defendant, the United States, respectfully submits this status report. On March 21, 2008, the Court stayed the proceedings of this matter for 32-days to permit the parties to conduct settlement negotiations. The Court has continued the stay for an additional 60 days to permit the parties to continue settlement negotiations. Defendant received a settlement offer from plaintiff on March 25, 2008. Defendant still requires additional time to seek the necessary authorization from the Department of Justice to settle this case. An additional 31-day stay of proceedings will give the defendant sufficient time to determine whether plaintiff's settlement offer will be accepted.

Defendant's counsel attempted to contact plaintiff's counsel regarding this status report, and was informed that plaintiff's counsel was out of the office. Therefore, plaintiff's counsel's position regarding this status report is unknown.

Defendant respectfully requests that the Court continue the stay of proceedings for an additional 31 days, to and including, July 21, 2008, in order to provide the defendant with time to seek the necessary authorization from the appropriate Department of Justice official. Defendant proposes that the parties file a joint status report with the Court on July 21, 2008, informing the Court of their progress.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

Attorneys for Defendant

electronically filed,
June 20, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad