# In the United States Court of Federal Claims

**No. 06-830C**

**(Filed: June 25, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE HASKELL COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On May 21, 2008, the Court granted a continuance of the stay of proceedings in this action until June 20, 2008, to allow the parties to pursue settlement negotiations. On June 20, 2008, the Defendant filed a status report requesting an additional 31-day stay of proceedings to allow the Defendant sufficient time to determine whether plaintiff's settlement offer will be accepted. The Court contacted Plaintiff's counsel and they have no objection to Defendant's request. Good cause having been shown, Defendant's request is **GRANTED**.

The parties shall file a joint status report on or before **July 21, 2008,** reporting on the progress of the settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**