# In the United States Court of Federal Claims

**No. 06-830C**

**(Filed: July 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE HASKELL COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On June 25, 2008, the Court granted a continuance of the stay of proceedings in this action until July 21, 2008, to allow the parties to pursue settlement negotiations. On July 21, 2008, the Defendant filed a status report requesting an additional 21-day stay of proceedings to allow the Defendant sufficient time to determine whether plaintiff's settlement offer will be accepted. The Court contacted Plaintiff's counsel and he has no objection to Defendant's request. Good cause having been shown, Defendant's request is **GRANTED**.

The parties shall file a joint status report on or before **August 11, 2008,** reporting on the progress of the settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**