**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE HASKELL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-830C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order dated July 23, 2008, the parties respectfully submit this joint status report. On March 21, 2008, the Court stayed the proceedings of this matter to permit the parties to conduct settlement negotiations. The Court has continued the stay of this matter several times to permit the parties to continue settlement negotiations.

On August 11, 2008, the parties entered into a settlement agreement, which fully resolves this matter. The settlement agreement provides that the parties will file a joint stipulation of dismissal with prejudice once the settlement amount is paid. The parties respectfully request that the Court continue the stay of this matter another 30 days to allow the Government sufficient time to send the settlement payment to plaintiff. Assuming that the case has not been dismissed before then, counsel for the parties propose that they file a joint status report with the Court on September 10, 2008, informing the Court of the progress of the payment.

Respectfully submitted,

s/ Henry P. Wall
HENRY P. WALL, Esq.
BRUNER, POWELL, ROBBINS,
WALL & MULLINS, LLC
1734 St. Julian Place, Suite 200
P.O. Box 61110
Columbia, SC 29260-1110
Tel: (803) 252-7693

Attorney for Plaintiff

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

WILLIAM ROBINSON
Assistant General Counsel
Federal Bureau of Prisons
Department of Justice
320 First Street, N.W.
Washington, D.C. 20534

Attorneys for Defendant

electronically filed,
August 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad